JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| INNA BORBOA BADRAN,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03321-MWF-JPR<br>Hon. Michael W. Fitzgerald<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>**[FED. R. CIV. PROC. R. 41]**<br><br>Action Filed: May 2, 2017 |

1     The Court, having considered the Joint Stipulation for Dismissal with Prejudice
2 filed by the parties, and **GOOD CAUSE APPEARING THEREFOR,**
3     **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED** in its
4 entirety **WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules
5 of Civil Procedure. Each party to bear her/its own costs and fees.
6     **IT IS SO ORDERED.**

DATED: March 1, 2018

_____
HON. MICHAEL W. FITZGERALD
Judge of United States District Court

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On February 28, 2018, I served true copies of the following document(s):

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Tammy Hussin, Esq. | Attorneys for Plaintiff |
| HUSSIN LAW FIRM | Inna Borboa Badran |
| 1596 N. Coast Highway 101 | |
| Encinitas. CA 92024 | tammy@hussinlaw.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2018, at Irvine, California.

JODY C. MCLAIN